**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**DIVISION OF CAMDEN**

| | |
|---|---|
| Donald Samburg, | : |
| | : Civil Action No.: 1:09-cv-03965-JBS-JS |
| Plaintiff, | : |
| v. | : |
| Collectcorp Corporation, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Donald Samburg , by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 10, 2009

By     /s/ Garrett Elias

Garrett Elias, Esq.
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666